UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROXANE MORALES,**

    Plaintiff,

v.                                      Case No: 8:19-cv-02717-MSS-CPT

**MRS BPO, LLC, and
SYNCHRONY BANK,**

    Defendants.

_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **ROXANE MORALES**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant(s), **SYNCHRONY BANK and MRS BPO, LLC,** have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.


**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Respectfully submitted this **March 12, 2021.**

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
Ziegler Diamond Law: Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p)  (727) 538-4188
(f)  (727) 362-4778
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 12 day of **March 2021**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendants.

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132