**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROXANE MORALES,**

    Plaintiff,

v.                                      Case No: 8:19-cv-2717-MSS-CPT

**SYNCHRONY BANK,**

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 12, 2021, the parties filed a Notice of Settlement Pending, informing the Court that the above-captioned case was settled. (Dkt. 39) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of March, 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Any pro se party